# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN H. ROSKY,
                    Appellant,
    vs.
THE STATE OF NEVADA,
                    Respondent.

No. 81796

FILED

OCT 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to void judgment. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-37788

cc: Hon. Elliott A. Sattler, District Judge
John H. Rosky
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A